No. 99–5104. JAMES *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–5105. STARZ ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 99–5109. FLETCHER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5110. FIELDS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5111. FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5112. EDWARDS, AKA COOPER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5113. HARRIS *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5114. HOLSTICK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5115. GLADFELTER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5117. DELLAMONICA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5118. GORDON, AKA JONSTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5119. CABRERA *v.* BARBO, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5120. ARIZA-SALAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5121. BUTLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.